UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRYL WATSON,

    Plaintiff,                              No. 16-13770

v.                                        District Judge Linda V. Parker
                                            Magistrate Judge R. Steven Whalen

CHARLES JAMSEN, ET AL.,

    Defendants.
                                    /

## ORDER

Before the Court is Defendant Sirena Landfair's motion for protective order staying discovery until after her pending motion for summary judgment is resolved [Doc. #19].

I have filed a Report and Recommendation, recommending that Defendant Landfairs' and Defendant McCarthy's motions for summary judgment be granted because Plaintiff failed to exhaust his administrative remedies before filing suit, as required by 42 U.S.C. § 1997e(a). Plaintiff has 14 days to file objections to that Report and Recommendation. It would be a potential waste of resources to proceed with fact discovery until Defendants' motions are disposed of.

Accordingly, Defendant's motion for protective order [Doc. #19] is GRANTED.

Discovery by and from Defendant Landfair is STAYED pending final resolution of her pending motion for summary judgment.

IT IS SO ORDERED.

Dated: August 11, 2017  s/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

**I hereby certify on August 11, 2017 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants August 11, 2017.**

s/Carolyn M. Ciesla
**Case Manager for the
Honorable R. Steven Whalen**