## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

DERRYL WATSON, #148946

    Plaintiff,

v.

JAMSEN et al

    Defendants,

Case No.: 4:16-cv-13770
District Judge: Linda V. Parker
Magistrate Judge: R. Steven Whalen

---

| | |
|---|---|
| DERRYL WATSON, #148946<br>G. Robert Cotton Correctional Facility<br>3500 N. Elm Street<br>Jackson, MI 49201<br>*Pro Se Plaintiff* | CHAPMAN LAW GROUP<br>Ronald W. Chapman Sr., M.P.A.,<br>LL.M (P37603)<br>Carly Van Thomme (P59706)<br>Patrick L. Klida (P78737)<br>Attorney for Defendant Charles Jamsen, M.D.<br>1441 West Long Lake Rd., Suite 310<br>Troy, MI 48098<br>(248) 644-6326<br>rchapman@chapmanlawgroup.com<br>cvanthomme@chapmanlawgroup.com<br>pklida@chapmanlawgroup.com |
| MICHIGAN DEPT. OF ATTORNEY GENERAL<br>Joseph Y. Ho (P77390)<br>Kristen D. Simmons (P76293)<br>Attorney for MDOC Defendants<br>P.O. Box 30736<br>Lansing, MI 48909<br>(517) 373-6434<br>hoj@michigan.gov<br>simmonsk5@michigan.gov | |

## **NOTICE OF WITHDRAWAL OF ATTORNEY**

Please enter a Withdrawal of Counsel for Patrick L. Klida (P78737) in the above-captioned matter. Attorneys Ronald W. Chapman Sr. M.P.A., LL.M. and Carly Van Thomme, Esq. have filed an Appearance of Counsel and will continue to represent Defendant Charles Jamsen, M.D. Further, I request Patrick Klida (P78737) be terminated from this case.

1

                                                Respectfully submitted,
                                                CHAPMAN LAW GROUP

Dated: September 20, 2017        /s/ Carly Van Thomme
                                                Ronald W. Chapman Sr., M.P.A., LL.M. (P37603)
                                                Carly Van Thomme (P59706)
                                                Attorneys for Defendant Charles Jamsen, M.D.
                                                1441 West Long Lake Rd., Suite 310
                                                Troy, MI 48098
                                                (248) 644-6326
                                                rchapman@chapmanlawgroup.com
                                                cvanthomme@chapmanlawgroup.com

## PROOF OF SERVICE

I hereby certify that on September 25, 2017, I presented the foregoing paper to the Clerk of the Court for filing and uploading to the ECF system, which will send notification of such filing to the attorneys of record listed herein and I hereby certify that I have mailed by US Postal Service the document to the involved non participants.

                                                /s/ Carly Van Thomme
                                                Carly Van Thomme (P59706)
                                                1441 West Long Lake Rd., Suite 310
                                                Troy, MI 48098
                                                (248) 644-6326
                                                cvanthomme@chapmanlawgroup.com

## **ORDER GRANTING WITHDRAWAL OF ATTORNEY**

Upon request of Attorney Carly Van Thomme of the law firm Chapman Law Group, that the appearance of Attorney Patrick L. Klida be withdrawn; and the Court being otherwise informed,

IT IS HEREBY ORDERED that the clerk shall withdraw the appearance of Patrick L. Klida (P78737) as attorney for Defendant Charles Jamsen, M.D. from this litigation, and further disable Attorney Klida's e-filing notification for this case.

Dated: September 25, 2017        s/R. Steven Whalen
                                 Hon. R. Steven Whalen
                                 United States Magistrate Judge