UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRYL WATSON,

    Plaintiff,                                No. 16-13770

v.                                         District Judge Linda V. Parker
                                                Magistrate Judge R. Steven Whalen

CHARLES JAMSEN, ET AL.,

    Defendants.
                                     /

## ORDER

      Before the Court is Plaintiff's Motion to Defer Summary Judgment [Doc. #30], in which he asks to defer ruling on Defendant McCarthy's Motion for Summary Judgment [Doc. #21] until he has had the opportunity for more discovery.

      I denied a similar motion [Doc. #10] in which he sought to defer a summary judgment motion filed by Defendant Landfair. Both summary judgment motions were based on Plaintiff's failure to exhaust his administrative remedies, as required by 42 U.S.C. § 1997e(a), and neither of which required additional discovery. However, I did grant Plaintiff additional time to respond to Defendant McCarthy's motion. *See* Doc. #32. In addition, both Landfair and McCarthy have been dismissed without prejudice, based on the exhaustion issue.

      Therefore, Plaintiff's present motion [Doc. #30] is DENIED AS MOOT.

      IT IS SO ORDERED.

Dated: December 6, 2017        s/R. Steven Whalen
                                        R. STEVEN WHALEN
                                        UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

  I hereby certify on December 6, 2017 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically.  I hereby certify that a copy of this paper was mailed to non-registered ECF participants on December 6, 2017.

                s/Carolyn M. Ciesla
                Case Manager for the
                Honorable R. Steven Whalen