IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRYAL WATSON,
    Plaintiff,

                    Case No. 4:16-CV-13770

V.S.,

                    Hon: Judge Linda V. Parker

                    Mag: Judge R. Steven Whalen

CHARLES S. JAMSEN, et. al.
    Defendant(s)
_____/

# MOTION FOR APPOINTMENT OF COUNSEL

**NOW COMES**, Derryal Watson, Plaintiff in Propria Persona, and moves this Honorable Court to revisit Plaintiff's earlier motion and appoint Plaintiff counsel for the following reasons:

1.) On September 24, 2019, Judge Linda V. Parker issued an Opinion and Order, Sustaining Plaintiff's Objections, Rejecting the Magistrate's Report and Recommendation and Denying Defendants' Motion for Summary Judgment. **(ECF #97)**

2.) On September 26, 2019, Judge Linda V. Parker issued an Order appointing counsel to Plaintiff in this matter. **(ECF # 100)**

3.) Shortly thereafter, Plaintiff was able to retain counsel; Solomon M. Radner of Excolo Law PLLC. Appearance filed on October 16, 2019. **(ECF #101)**

4.) In October of 2020, Solomon Radner resigned from Excolo Law and began working for Ven Johnson Law PLC. As an employee of Johnson Law PLC, Mr. Radner could no longer represent Plaintiff in this matter and on February 4, 2021, Mr. Radner filed a Motion to Withdraw as Plaintiff's counsel. **(ECF # 113)**

1

5.) In that motion, Mr. Radner intimated to the Court that it was his belief and understanding that Attorney Keith Altman ( Radner's former law partner) would be entering an Appearance on behalf of Plaintiff forthwith.

6.) As a result of the Motion to Withdraw, on February 9, 2021 the Court accepted Mr. Radner's proffer that his belief and understanding that substitute counsel (Keith Altman) would be filing an appearance on Plaintiff's behalf, and granted Mr. Radner's Motion to Withdraw. It also stated the proceedings in this case would be Stayed for a period of 30 days for substitute counsel to file an appearance. **(ECF # 114)**

7.) Since that time Plaintiff has tried to contact Attorney Keith Altman several times without success; tried to call him several times without getting through to Attorney Altman and by writing him on February 11, 2021, and again on March 4, 2021, both letters went unanswered.

8.) As of the writing of this Motion Plaintiff have not received any acknowledgment or indication Attorney Altman has filed an appearance on Plaintiff's behalf or intends to, and the Courts Stay of the proceedings have expired.

**WHEREFORE,** for the herein stated reasons, Plaintiff humbly ask this Court to Appoint Counsel for Plaintiff and refer this matter to the Court's pro bono program to assist with the appointment of counsel for Plaintiff.

Respectfully submitted,

/s/ Derryal Watson
Derryal Watson #148946
Plaintiff In Propria Persona
G. Robert Cotton Correctional Facility
3500 N. Elm Street
Jackson, Michigan  49201

DATE: March 11, 2021

## PROOF OF SERVICE

I hereby certify that a copy of the foregoing documents was sent to the Parties of Record on March 11, 2021 by First Class U.S. Mail.

/s/ Derryal Watson
Derryal Watson #148946
Plaintiff in Propria Persona

Mr. Derryal Watson #148946
G. Robert Cotton Correctional Facility
3500 N. Elm Street
Jackson, Michigan 49201

METROPLEX MI 480
12 MAR 2021 PM 10

3/12/21

$000.71⁰

48226-271839

Clerk of the Court
Michigan Eastern District Court
United States Courthouse
231 W. Lafayette Boulevard 5th. Fl.
Detroit, Michigan 48226

RECEIVED
MAR 22 2021
CLERKS OFFICE
U.S. DISTRICT COURT