UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRYL WATSON,

       Plaintiff,                            Case No. 2:16-cv-13770
                                                   Magistrate Judge Anthony P. Patti

v.

CHARLES JAMSEN, *et al.*,

       Defendants.

_____/

## **ORDER REGARDING STATUS CONFERENCE**

This matter came before the Court for a status conference held via Zoom on December 13, 2021, at which counsel for both parties appeared, to address the status of the case following the Court's August 16, 2021 text-only order granting Plaintiff's motion for an emergency continuance. (ECF No. 125.) On the basis of counsels' representations on the record that the continuance is no longer necessary, and Plaintiff's counsel's waiver on the record of any additional discovery related to Defendant Keith Pappendick, the Court will set the final pretrial conference for **Monday, January 24, 2022 at 11:00 am** by videoconference. By **Monday, January 17, 2022**, the parties must submit their final pretrial order, in accordance with my Practice Guidelines, which should include an update regarding the potential for facilitation or mediation. Finally, on the basis of Plaintiff's counsel's representations on the record that Plaintiff plans to voluntarily dismiss from the

case the John Doe Defendants, he must submit the necessary filings to do so by

**Wednesday, December 29, 2021**.

    **IT IS SO ORDERED.**

Dated: December 15, 2021

                                        Anthony P. Patti
                                        UNITED STATES MAGISTRATE JUDGE