UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Derryl Watson,

                Plaintiff(s),

v.                                  Case No. 2:16−cv−13770−APP
                                   Hon. Anthony P. Patti

Charles Jamsen, et al.,

                Defendant(s),

### NOTICE OF MOTION HEARING

You are hereby notified to appear before Magistrate Judge Anthony P. Patti at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 672.  The following motion(s) are scheduled for hearing:

        Motion for Leave to File − #136
        Motion in Limine − #137
        Motion in Limine − #138
        Motion in Limine − #139

- RESPONSE DUE:  June 9, 2022

- REPLY DUE:  June 13, 2022

- MOTION HEARING:  June 16, 2022 at 09:30 AM

**ADDITIONAL INFORMATION:**   In its response to ECF No. 139, Plaintiff must show cause why claims against Keith Papendick, M.D. should not be deemed waived for failure to raise them in the joint final pretrial order.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                     By: s/J. Owens
                                                         Acting in the absence of Michael Williams

Dated:  May 27, 2022