UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Derryl Watson,

                              Plaintiff(s),

v.                                            Case No. 2:16−cv−13770−APP
                                                          Hon. Anthony P. Patti

Charles Jamsen, et al.,

                              Defendant(s),

## NOTICE TO APPEAR

You are hereby notified to appear before Magistrate Judge Anthony P. Patti at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 672, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE: June 16, 2022 at 09:30 AM

**ADDITIONAL INFORMATION:** Conference to discuss jury instructions and voir dire questions immediately following the motion hearing.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                   By: s/M. Lang
                                                      Acting in the absence of Michael Williams

Dated: June 7, 2022